UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 20-22687-CIV-MARTINEZ/OTAZO-REYES**

JOEL RODRIGUEZ,

     Plaintiff,

vs.

NASH EXPRESS CARGO LLC, *et al.*,

     Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court upon Magistrate Judge Otazo-Reyes's Notice of Outcome of Settlement Conference, which states that the parties have settled this case in its entirety [ECF No. 24]. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1.     The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

2.     If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.     The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.     The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of October, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Alicia M. Otazo-Reyes
All Counsel of Record