UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-22687-CIV-MARTINEZ-OTAZO-REYES

JOEL RODRIGUEZ,

    Plaintiff,

vs.

NASH EXPRESS CARGO LLC, *et al.*,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice ("Motion"), [ECF No. 29]. When a private action is brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, [ECF No. 29-1]. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby

    **ORDERED and ADJUDGED** that:

    1.    The parties' Motion, [ECF No. 29], is **GRANTED**.

    2.    The parties' Settlement Agreement [ECF No. 29-1] is hereby **APPROVED**.

    3.    This action is **DISMISSED with prejudice**.

4. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of November, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record